Stuart M. Richter (SBN 126231)
Gregory S. Korman (SBN 216931)
Matthew M. Maher (SBN 274718)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
HSBC BANK NEVADA, N.A.,
erroneously named as HOUSEHOLD BANK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON USA, HOUSEHOLD BANK, CAPITAL ONE, DIRECT LENDING SOURCE, ECHOSTAR, DOES 1 through 10 inclusive<br><br>　　　　　Defendants. | CASE NO. C 11-01498 JCS<br><br>**DEFENDANT HSBC BANK NEVADA, N.A.'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>**(L.R. 16-10(a))**<br><br>Date: July 22, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom A |

/ / /

/ / /

/ / /

/ / /

REQUEST TO APPEAR TELEPHONICALLY

31571164_1_334544_00033

Defendant HSBC Bank Nevada, N.A., erroneously named as Household Bank ("HSBC") hereby requests to appear telephonically pursuant to Northern District Local Rule 16-10(a) at the initial case management conference scheduled before this Court on July 22, 2011 at 1:30 p.m. on the following grounds:

1. HSBC's counsel's office is located in Los Angeles, California.
2. It is anticipated that the Case Management Conference will involve fairly straightforward issues in this *pro se* case, and HSBC's counsel will be fully prepared to address these issues via telephonic participation.
3. Telephonic appearance by counsel will not prejudice any party or interfere with the proceedings.
4. Plaintiff has consented to HSBC's attendance at the Case Management Conference by telephone.

HSBC respectfully requests that its request be granted and that its counsel be allowed to participate in the July 22, 2011 case management conference by telephone.

Respectfully submitted,

Dated: July 11, 2011  **KATTEN MUCHIN ROSENMAN LLP**

By: \_\_\_\_/s Matthew M. Maher_____
Attorneys for Defendant HSBC BANK NEVADA, N.A., erroneously named as HOUSEHOLD BANK

IT IS HEREBY ORDERED THAT Mr. Maher shall provide the Clerk with a direct land line contact phone number by Wed., July 20, 2011. Mr. Maher shall be on phone standby beginning at 1:30 PM and await the Court's call. The Court will initiate the phone contact.

Dated: July 18, 2011



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

2
REQUEST TO APPEAR TELEPHONICALLY

31571164_1_334544_00033