1 | **DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
2 | heley@dollamir.com
HEMMY SO (SBN 259374)
3 | hso@dollamir.com
1888 Century Park East, Suite 1850
4 | Los Angeles, California  90067
Telephone:  (310) 557-9100
5 | Facsimile:  (310) 557-9101

6 | Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.
7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 |

11 | KAMLESH BANGA

12 |         Plaintiff,

13 |     vs.

14 | CHEVRON USA, HOUSEHOLD BANK,
CAPITAL ONE, DIRECT LENDING
15 | SOURCE, ECHOSTAR, Does 1 through 10
inclusive,
16 |
17 |         Defendants.

CASE NO.:  CV 11-1498 JCS

**DEFENDANT CAPITAL ONE BANK (USA),
N.A.'S REQUEST TO APPEAR
TELEPHONICALLY**

Defendant Capital One Bank (USA), N.A. ("Capital One") hereby requests to appear telephonically pursuant to Northern District Local Rule 16-10(a) at the initial case management conference scheduled before this Court on July 22, 2011 at 1:30 p.m. on the following grounds:

1.  Capital One's counsel's office is located in Los Angeles, California.

2.  Having met and conferred with Plaintiff and all counsel, Capital One anticipates that the Case Management Conference will involve fairly straightforward issues, and Capital One's counsel will be fully prepared to address these issues via telephonic participation.

3.  Telephonic appearance by counsel will not prejudice any party or interfere with the proceedings.

4.  Plaintiff has posed no objection to Capital One's attendance at the Case Management Conference by telephone.

5.  The Court may reach Capital One's counsel at (310) 557-9100 on the day of the Case Management Conference.

Capital One respectfully requests that its request be granted and that its counsel be allowed to participate in the July 22, 2011 case management by telephone.

DATED:  July 12, 2011                    **DOLL AMIR & ELEY LLP**


By:   /s/ *Hemmy So*_____
          Hunter R. Eley
          Hemmy So
    Attorneys for Defendant
    CAPITAL ONE BANK (USA), N.A.

Dated: 7/18/11

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOLL AMIR & ELEY LLP

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

On July 12, 2011, I served the foregoing document described as **DEFENDANT CAPITAL ONE BANK (USA), N.A.'S REQUEST TO APPEAR TELEPHONICALLY**  on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850,. Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported.  Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees.  The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 12, 2011, at Los Angeles, California.

/s/ *Felicia Dorng*

Felicia Dorng

**SERVICE LIST**

| | |
|---|---|
| Kamlesh Banga<br>P.O. Box 6025<br>Vallejo, CA 94591 | (707) 342-1692<br>*Plaintiff in Pro Per* |
| Stuart M. Richter, Esq.<br>Gregory S. Korman, Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067 | T: (310) 788-4400<br>F: (310) 788-3371<br>*Attorneys for Defendant HSBC Bank Nevada,*<br>*N.A. (erroneously named as Household Bank)* |
| Robert D. Eassa, Esq.<br>Delia A. Isvoranu, Esq.<br>Brown Eassa<br>Lake Merritt Plaza<br>1999 Harrison St., 18th Floor<br>Oakland, CA 94612 | T: (510) 444-3131<br>F: (510) 839-7940<br>*Attorneys for Chevron U.S.A. Inc., erroneously*<br>*sued as Chevron USA* |

DOLL AMIR & ELEY LLP