UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KAMLESH BANGA, | No. C11-1498 JCS |
| Plaintiff in Propia Persona, | **ORDER RE: ASSISTED MEDIATION PROGRAM REFERRAL** |
| v. | |
| CHEVRON USA, et al., | |
| Defendants. | |

This matter has been referred to the court's Assisted Mediation Program.  Plaintiff is directed to contact the Federal Legal Help Center, which administers the Assisted Mediation Program, within 7 days of the date of this order.

The contact information for the Federal Legal Help Center is as follows:

450 Golden Gate Avenue, 15th Floor, Rm. 2796

San Francisco, CA 94102

415-782-9000, extension 8657

IT IS SO ORDERED.

_August 9, 2011_____                    BY:_____
Date                                                        Joseph C. Spero
                                                               United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California