**KILPATRICK TOWNSEND & STOCKTON LLP**
John H. Banister (Bar No. 103375)
jBanister@brhlaw.com
1300 Clay Street, Suite 1000
Oakland, California 94612-0220
Telephone: (510) 832-8585
Facsimile: (510) 839-6925

Attorneys for Plaintiff
Kamlesh Banga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAMLESH BANGA, | ) Case No. 11-01498 JCS MED |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER APPOINTING COUNSEL |
| v. | ) |
| CHEVRON USA, et al., | ) |
| Defendants. | ) |

Because the plaintiff has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, John H. Banister of Kilpatrick Townsend & Stockton LLP is hereby appointed as counsel for plaintiff, Kamlesh Banga, in this matter for assistance during mediation of this dispute.

IT IS SO ORDERED.

Dated: 09/22, 2011

_____
Judge Joseph C. Spero
United States Magistrate Judge

1
ORDER APPOINTING COUNSEL

US2008 2893100.1