**KILPATRICK TOWNSEND & STOCKTON LLP**
John H. Banister (Bar No. 103375)
jBanister@brhlaw.com
1300 Clay Street, Suite 1000
Oakland, California 94612-0220
Telephone: (510) 832-8585
Facsimile: (510) 839-6925

Attorneys for Plaintiff
Kamlesh Banga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | Case No. 11-01498 JCS MED |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF MEDIATION CUTOFF DATE |
| v. | |
| CHEVRON USA, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the mediation cut-off date of October 20, 2011, be continued for approximately 45 days to ___December 5___, 2011, because of the recent assignment on September 22, 2011, of John H. Banister as special counsel for plaintiff for mediation purposes.

Dated: ___October 12___, 2011

_____
United States Magistrate Judge
Judge Joseph C. Spero

1

[PROPOSED] ORDER GRANTING
CONTINUANCE OF MEDIATION CUTOFF DATE

US2008 2905523.1