DELIA A. ISVORANU, Bar No. 226750
DIsvoranu@browneassa.com
TARA K. CLANCY, Bar No. 253321
tclancy@browneassa.com
**BROWN EASSA & MCLEOD, LLP**
1999 Harrison Street, Suite 1800
Oakland, California  94612-3520
Telephone:     510.444.3131
Facsimile:      510.839.7940

Attorneys for Defendant
CHEVRON U.S.A. INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHEVRON USA, HOUSEHOLD BANK, CAPITAL ONE, DIRECT LENDING SOURCE, ECHOSTAR, Does 1 through 10 inclusive<br><br>          Defendants. | Case No.  C 11-1498 JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF OCTOBER 21, 2011 CASE MANAGEMENT CONFERENCE** |

Plaintiff Kamlesh Banga ("Plaintiff") and Defendants Chevron U.S.A. Inc. ("Chevron") (erroneously sued as "Chevron USA"), HSBC Bank Nevada, N.A. ("HSBC") (erroneously sued as "Household Bank"), and Capital One Bank (USA), N.A. ("Capital One") (erroneously sued as "Capital One") (collectively "Defendants") hereby request and stipulate that the Court continue the Case Management Conference ("CMC") scheduled for October 21, 2011, for at least forty-five (45) days.

When the Court initially scheduled the further CMC, it was contemplated that the parties would have completed mediation by October 20, 2011. However, just recently, on September 22, 2011, the Court appointed counsel to represent Plaintiff for purposes of mediation only. In that regard, the parties have separately agreed and stipulated (Document #42) to continue the



JOINT STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF
OCTOBER 21, 2011 CASE MANAGEMENT CONFERENCE
Case No.  C 11-1498 JCS

1999 Harrison Street,
Suite 1800
Oakland, California

1  mediation completion deadline by forty-five (45) days in order to allow newly appointed counsel
2  for Plaintiff to familiarize himself with this matter. Thus, the parties are unable to complete
3  mediation before the currently scheduled October 21, 2011 CMC and, for that reason, the parties
4  hereby request and stipulate to a related forty-five (45) day continuance of the CMC to allow the
5  parties time to complete mediation.
6       SO STIPULATED

Dated: October 11, 2011          BROWN EASSA & MCLEOD, LLP

By:   /s/
   DELIA A. ISVORANU
   Attorneys for Defendant
   Chevron U.S.A. Inc.

Dated:  October 11, 2011         KATTEN MUCHIN ROSENMAN LLP

By:   /s/
   MATTHEW M. MAHER
   Attorneys for Defendant
   HSBC Bank Nevada, N.A.

Dated:  October 11, 2011         DOLL AMIR & ELEY LLP

By:   /s/
   HEMMY SO
   Attorneys for Defendant
   Capital One Bank (USA), N.A.

Dated:  October 11, 2011             /s/
   KAMLESH BANGA
   Plaintiff

///
///

- 2 -



JOINT STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF
OCTOBER 21, 2011 CASE MANAGEMENT CONFERENCE
Case No. C 11-1498 JCS

**ORDER**

IT IS ORDERED:

The Case Management Conference in this matter currently scheduled for October 21, 2011, is hereby continued to Dec. 16, 2011, at 1:30 a.m./p.m. in this Department. The parties shall file updated Case Management Conference statements no later than 12/9, 2011.

DATED:  October 13, 2011

_____
Judge Joseph C. Spero
United States Magistrate Judge

- 3 -


BROWN EASSA
1999 HARRISON STREET,
SUITE 1800
OAKLAND, CALIFORNIA