UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

KAMLESH BANGA,
    Plaintiff,

No. C 11-1498 JCS

v.

CHEVRON USA, et al.,
    Defendants.

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: December 1, 2011
Mediator: Richard Keenan

    IT IS HEREBY ORDERED that the request to excuse defendant Capital One Bank (USA) N.A.'s corporate representative from appearing in person at the December 1, 2011 mediation before Richard Keenan is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

November 21, 2011    By: _Elizabeth D. Laporte_
Dated
                                       Elizabeth D. Laporte
                                   United States Magistrate Judge