UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

KAMLESH BANGA,
        Plaintiff,

    v.

CHEVRON USA, et al.,
        Defendants.

No. C 11-1498 JCS

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      December 1, 2011
Mediator:  Richard Keenan

    IT IS HEREBY ORDERED that the request to excuse defendant Capital One Bank (USA) N.A.'s corporate representative from appearing in person at the December 1, 2011 mediation before Richard Keenan is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

November 21, 2011    By:    *Elizabeth D. Laporte*

Dated                                 Elizabeth D. Laporte
                                       United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California