UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

        Plaintiff(s),

    v.

CHEVRON USA,

        Defendant(s).

Case No. 11-01498 JCS

**ORDER TERMINATING ASSISTED MEDIATION**

The above-entitled action was placed in the Assisted Mediation Program. Upon the application by the Pro Se Plaintiff, Special Mediation Counsel was designated to educate and assist the Pro Se Plaintiff in preparation for, participation in, and follow up to a mediation in this case.

The Mediator recently informed the court that the mediation has concluded and that no further session or follow-up is contemplated. Accordingly, the court now removes this case from the Assisted Mediation Program. This terminates any further responsibilities of Special Mediation Counsel in this case.

The court extends its thanks to the Mediator and to Special Mediation Counsel for their efforts in the Assisted Mediation Program, furthering the administration of justice in the Northern District of California.

IT IS SO ORDERED.

Dated: December 7, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge