Stuart M. Richter (SBN 126231)
Gregory S. Korman (SBN 216931)
Matthew M. Maher (SBN 274718)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
HSBC BANK NEVADA, N.A.,
erroneously named as HOUSEHOLD BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHEVRON USA, HOUSEHOLD BANK, CAPITAL ONE, DIRECT LENDING SOURCE, ECHOSTAR, DOES 1 through 10 inclusive<br><br>        Defendants. | CASE NO. C 11-01498 JCS<br><br>**DEFENDANT HSBC BANK NEVADA, N.A.'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>(L.R. 16-10(a))<br><br>Date: December 14, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom A |

///

///

///

///

REQUEST TO APPEAR TELEPHONICALLY

1  Defendant HSBC Bank Nevada, N.A., erroneously named as Household Bank ("HSBC")
2 hereby requests to appear telephonically pursuant to Northern District Local Rule 16-10(a) at the
3 further case management conference scheduled before this Court on December 14, 2011 at 1:30 p.m.
4 on the following grounds:

5  1. HSBC's counsel's office is located in Los Angeles, California.
6  2. It is anticipated that the Case Management Conference will involve fairly
7 straightforward issues in this *pro se* case, and HSBC's counsel will be fully prepared
8 to address these issues via telephonic participation.
9  3. Telephonic appearance by counsel will not prejudice any party or interfere with the
10 proceedings.
11  4. Plaintiff has consented to HSBC's attendance at the Case Management Conference by
12 telephone.
13  5. The Court may reach HSBC's counsel at 310-788-4421 at the time of the Case
14 Management Conference.
15 HSBC respectfully requests that its request be granted and that its counsel be allowed to
16 participate in the December 14, 2011 case management conference by telephone.

17
18                              Respectfully submitted,
19 Dated:  December 7, 2011      **KATTEN MUCHIN ROSENMAN LLP**
20
21                              By:   /s Matthew M. Maher
                                Attorneys for Defendant HSBC BANK
22                              NEVADA, N.A., erroneously named as
                                HOUSEHOLD BANK
23
24 IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 9:30 AM and
await the Court's call.
25
Dated: 12/7/11
26
27 
IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
28

2

REQUEST TO APPEAR TELEPHONICALLY

31571164_1_334544_00033

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On December 7, 2011, I served the foregoing document(s): **DEFENDANT HSBC BANK NEVADA, N.A.'S REQUEST TO APPEAR TELEPHONICALLY** to the following parties listed below:

(X)   By Electronic Filing: I hereby certify that on December 7, 2011, I electronically transmitted the above-named document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to a aforementioned CM/ECF registrants.

(X)   By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Kamlesh Banga – *Via U.S. Mail Only*<br>P.O. Box 6025<br>Vallejo, CA 94591 | **Plaintiff** |
| Hunter Randolph Eley, Esq.<br>Hemmy W. So, Esq.<br>Doll Amir & Eley LLP<br>1888 Century Park East<br>Suite 1850<br>Los Angeles, CA 90067<br>Tel: (310) 557-9100<br>heley@dollamir.com<br>hso@dollamir.com | **Attorneys for Defendant Capital One** |
| Delia Alexandra Isvoranu, Esq.<br>Filice Brown Eassa & McLeod LLP<br>1999 Harrison Street, Suite 1800<br>Oakland, CA 94612-3520<br>Tel: (510) 444-3131<br>Fax: (510) 839-7940<br>DIsvoranu.service@filicebrown.com | **Attorneys for Defendant Chevron USA** |

Executed on December 7, 2011, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ *Adelle Shafer*
Adelle Shafer

31495196_2.DOC                                                              PROOF OF SERVICE