**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
HEMMY SO (SBN 259374)
hso@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KAMLESH BANGA | CASE NO.: CV 11-1498 JCS |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT CAPITAL ONE BANK (USA), N.A.'S REQUEST TO APPEAR TELEPHONICALLY** |
| CHEVRON USA, HOUSEHOLD BANK, CAPITAL ONE, DIRECT LENDING SOURCE, ECHOSTAR, Does 1 through 10 inclusive, | |
| Defendants. | |

Defendant Capital One Bank (USA), N.A. ("Capital One") hereby requests to appear telephonically pursuant to Northern District Local Rule 16-10(a) at the case management conference scheduled before this Court on December 14, 2011 at 9:30 a.m. on the following grounds:

1. Capital One's counsel's office is located in Los Angeles, California.
2. Having met and conferred with Plaintiff and all counsel, Capital One anticipates that the Case Management Conference will involve fairly straightforward issues, and Capital One's counsel will be fully prepared to address these issues via telephonic participation.
3. Telephonic appearance by counsel will not prejudice any party or interfere with the proceedings.
4. Plaintiff has posed no objection to Capital One's attendance at the Case Management Conference by telephone.
5. The Court may reach Capital One's counsel at (310) 557-9114 on the day of the Case Management Conference.

Capital One respectfully requests that its request be granted and that its counsel be allowed to participate in the December 14, 2011 case management by telephone.

DATED: December 7, 2011        **DOLL AMIR & ELEY LLP**

By:__/s/ *Hemmy So*_____
    Hunter R. Eley
    Hemmy So
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated: 12/7/11

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

1

REQUEST TO APPEAR TELEPHONICALLY                    CASE NO.: CV 11-1498 JCS