| | |
|---|---|
| 1 | **DOLL AMIR & ELEY LLP** |
| | HUNTER R. ELEY (SBN 224321) |
| 2 | heley@dollamir.com |
| | HEMMY SO (SBN 259374) |
| 3 | hso@dollamir.com |
| | 1888 Century Park East, Suite 1850 |
| 4 | Los Angeles, California  90067 |
| | Telephone: (310) 557-9100 |
| 5 | Facsimile:  (310) 557-9101 |

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA | CASE NO.:  CV 11-1498 JCS |
| Plaintiff, | |
| vs. | **DEFENDANT CAPITAL ONE BANK (USA), N.A.'S REQUEST TO APPEAR TELEPHONICALLY** |
| CHEVRON USA, HOUSEHOLD BANK, CAPITAL ONE, DIRECT LENDING SOURCE, ECHOSTAR, Does 1 through 10 inclusive, | |
| Defendants. | |

1  Defendant Capital One Bank (USA), N.A. ("Capital One") hereby requests to appear
2  telephonically pursuant to Northern District Local Rule 16-10(a) at the case management
3  conference scheduled before this Court on December 14, 2011 at 9:30 a.m. on the following
4  grounds:

5  1. Capital One's counsel's office is located in Los Angeles, California.
6  2. Having met and conferred with Plaintiff and all counsel, Capital One anticipates that the
7     Case Management Conference will involve fairly straightforward issues, and Capital
8     One's counsel will be fully prepared to address these issues via telephonic participation.
9  3. Telephonic appearance by counsel will not prejudice any party or interfere with the
10    proceedings.
11 4. Plaintiff has posed no objection to Capital One's attendance at the Case Management
12    Conference by telephone.
13 5. The Court may reach Capital One's counsel at (310) 557-9114 on the day of the Case
14    Management Conference.

15 Capital One respectfully requests that its request be granted and that its counsel be allowed
16 to participate in the December 14, 2011 case management by telephone.

18 DATED:  December 7, 2011                    **DOLL AMIR & ELEY LLP**

20                                             By: __/s/ *Hemmy So*_____
                                                   Hunter R. Eley
21                                                 Hemmy So
                                               Attorneys for Defendant
22                                             CAPITAL ONE BANK (USA), N.A.

24 IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 9:30 AM and
   await the Court's call.
25
26 Dated: 12/7/11

   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

1