Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Plaintiffs in Pro Per
(707) 342-1692

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA<br><br>Plaintiff,<br>vs.<br><br>CHEVRON USA, HOUSEHOLD BANK, CAPITAL ONE, DIRECT LENDING SOURCE, ECHOSTAR, Does 1 through 10 inclusive.<br><br>Defendants | Civil Case No.: C 11-1498 JCS<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE |

*Pro Se* Plaintiff Kamlesh Banga and Defendants Chevron U.S.A. Inc., HSBC Bank Nevada, N.A. and Capital One Bank Pursuant To Local Rule 7.12 hereby submit their Stipulation and [Proposed] Order for Continuance of the Further Case Management Conference.

In support of the Stipulation, the parties state:

1. By Order dated November 18, 2011, the Further Case Management Conference had been advanced from December 16, 2011 to December 14, 2011, at 9:30 a.m.

2. Plaintiff inadvertently had overlooked the said notice and did not find out until today about this change.

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURNTHER CASE MANAGEMENT CONFERENCE

3. Plaintiff is requesting this continuance on the ground that she would be out of town on December 14, 2011 and therefore she would be unable to attend the conference on that date.

4. Parties have agreed that further case management should be continued to January 27, 2012.

THEREFORE, IT IS HEARBY STIPULATED between the Parties to request that the Further Case Management Conference currently set for December 14, 2011, at 9:30 a.m., be continued to January 27, 2012 at 1:30 pm.

Dated: December 7, 2011          By:_____/s/_____
                                   KAMLESH BANGA
                                   Plaintiff in Pro Per

Dated: December 7, 2011          BROWN EASSA & MCLEOD, LLP


                                 By:_____/s/_____
                                   DELIA A. ISVORANU
                                   Attorneys for Defendant
                                   Chevron U.S.A. Inc.


Dated: December 7, 2011          KATTEN MUCHIN ROSENMAN LLP


                                 By_____/s/_____
                                   MATTHEW M. MAHER
                                   Attorneys for Defendant
                                   HSBC Bank Nevada, N.A.


Dated: December 7, 2011          DOLL AMIR & ELEY LLP


                                 By_____/s/_____
                                   HEMMY SO
                                   Attorneys for Defendant
                                   Capital One Bank (USA), N.A.

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURNTHER CASE MANAGEMENT CONFERENCE

[~~PROPOSED~~] ORDER

Good cause appearing therefore, IT IS HEARBY ORDERED that the Further Case Management Conference shall be continued from December 14, 2011, at 9:30 a.m. to January 27, 2012 at 1:30 pm.

IT IS SO ORDERED.

Dated:    12/08/2011

The Hon. _____ Judge Joseph C. Spero
Judge of the United States District Court

3

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FURNTHER CASE MANAGEMENT CONFERENCE
LAX01_31605412v1_334544-00033 12/7/2011 3:36 PM

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On December 7, 2011, I served the foregoing document(s) **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE** to the following parties listed below:

(X) By Electronic Filing: I hereby certify that on December 7, 2011, I electronically transmitted the above-named document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to a aforementioned CM/ECF registrants.

(X) By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Kamlesh Banga – *Via U.S. Mail Only*<br>P.O. Box 6025<br>Vallejo, CA  94591 | **Plaintiff** |
| Hunter Randolph Eley, Esq.<br>Hemmy W. So, Esq.<br>Doll Amir & Eley LLP<br>1888 Century Park East<br>Suite 1850<br>Los Angeles, CA  90067<br>Tel: (310) 557-9100<br>heley@dollamir.com<br>hso@dollamir.com | **Attorneys for Defendant Capital One** |
| Delia Alexandra Isvoranu, Esq.<br>Filice Brown Eassa & McLeod LLP<br>1999 Harrison Street, Suite 1800<br>Oakland, CA  94612-3520<br>Tel: (510) 444-3131<br>Fax: (510) 839-7940<br>DIsvoranu.service@filicebrown.com | **Attorneys for Defendant Chevron USA** |

Executed on December 7, 2011, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ *Adelle Shafer*
Adelle Shafer

31495196_2.DOC                                                                                      PROOF OF SERVICE