1  DELIA A. ISVORANU, Bar No. 226750
   DIsvoranu@browneassa.com
2  **BROWN EASSA & MCLEOD LLP**
   1999 Harrison Street, Suite 1800
3  Oakland, California  94612-3520
   Telephone:    510.444.3131
4  Facsimile:    510.839.7940

5  Attorneys for Defendant
   CHEVRON U.S.A. INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHEVRON USA, HOUSEHOLD BANK, CAPITOL ONE, DIRECT LENDING SOURCE, ECHOSTAR, Does 1 through 10 inclusive,<br><br>          Defendants. | Case No.  CV 11-1498 JCS<br><br>**DEFENDANT CHEVRON U.S.A. INC.'S REQUEST TO APPEAR AT THE JANUARY 27, 2012 FURTHER CASE MANAGEMENT CONFERENCE TELEPHONICALLY** |

   Defendant Chevron U.S.A. Inc. (hereinafter referred to as "Chevron") hereby requests to appear telephonically pursuant to Northern District Local Rule 16-10(a) at further Case Management Conference scheduled before this Court on January 27, 2012, at 1:30 p.m., on the following grounds:

   1. It is anticipated that the Case Management conference will involve fairly straightforward issues, and Chevron's counsel will be fully prepared to address these issues via telephonic participation.

   2. Telephonic appearance by counsel will not prejudice any party or interfere with the proceedings.

   3. Plaintiff and Co-Defendants have posed no objection to Chevron's attendance at



1  the Case Management Conference by telephone and all parties have previously
2  appeared telephonically.
3      4.    The Court may reach Chevron's counsel at (510) 504-8299 on the day of the Case
4  Management Conference.

5                              Respectfully submitted,

6  Dated: January 20, 2012          **BROWN EASSA & MCLEOD LLP**

7
8
9                           By:_____/s/_____
                           DELIA A. ISVORANU
10                            Attorneys for Defendant
                           CHEVRON U.S.A. INC.

11
12
13

14     IT IS HEREBY ORDERED that counsel shall be on telephone standby on January 27,
15 2012, beginning at 1:30 p.m. and await the court's call.
16 Dated: January 23, 2012.

17
                  UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19                   IT IS SO ORDERED
20                   Judge Joseph C. Spero



# PROOF OF SERVICE
*Kamlesh Banga v. Chevron U.S.A. Inc., et al.*
United States District Court, Northern District of California
Case No. CV 11-1498 JCS

I, the undersigned, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1999 Harrison Street, Suite 1800, Oakland, California 94612-3520.

On the date noted below, I served a copy of the within document(s):

- **DEFENDANT CHEVRON U.S.A. INC.'S REQUEST TO APPEAR AT THE DECEMBER 14, 2011 CASE MANAGEMENT CONFERENCE TELEPHONICALLY**

    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Oakland, California addressed as set forth below.

    by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Golden State Overnight for delivery.

    by personally delivering the document(s) listed above to the person(s) set forth below.

[X] by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below in the regular course of business. The documents were served electronically and the transmission was reported as complete and without error.

Kamlesh Banga  
P.O. Box 6025  
Vallejo, CA 94591  
T: 707-342-1692

Plaintiff in Pro Per

Hunter R. Eley, Esq.  
Doll Amir & Eley LLP  
1888 Century Park East, Suite 1850  
Los Angeles, CA 90067  
T: 310-557-9100  
F: 310-557-9101

Attorneys for Defendant  
Capital One Bank (USA), N.A.



| | |
|---|---|
| Gregory S. Korman, Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>T: 310-788-4400<br>F: 310-788-4471 | Attorneys for Defendant<br>HSBC Bank Nevada, N.A. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 20, 2012, at Oakland, California.

_____/s/_____
Delia Isvoranu

00215 35657 DAI  654360.1

