1  Stuart M. Richter (SBN 126231)
   Gregory S. Korman (SBN 216931)
2  Matthew M. Maher (SBN 274718)
   **KATTEN MUCHIN ROSENMAN LLP**
3  2029 Century Park East
   Suite 2600
4  Los Angeles, CA 90067-3012
   Telephone:  310.788.4400
5  Facsimile:  310.788.4471

6  Attorneys for Defendant
   HSBC BANK NEVADA, N.A.,
7  erroneously named as HOUSEHOLD BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON USA, HOUSEHOLD BANK, CAPITAL ONE, DIRECT LENDING SOURCE, ECHOSTAR, DOES 1 through 10 inclusive<br><br>　　　　　Defendants. | CASE NO. C 11-01498 JCS<br><br>**DEFENDANT HSBC BANK NEVADA, N.A.'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>(L.R. 16-10(a))<br><br>Date:　January 27, 2012<br>Time:　1:30 p.m.<br>Place:　Courtroom A |

/ / /

/ / /

/ / /

/ / /

Defendant HSBC Bank Nevada, N.A., erroneously named as Household Bank ("HSBC") hereby requests to appear telephonically pursuant to Northern District Local Rule 16-10(a) at the Further Case Management Conference scheduled before this Court on January 27, 2012 at 1:30 p.m. on the following grounds:

1. HSBC's counsel's office is located in Los Angeles, California.
2. It is anticipated that the Case Management Conference will involve fairly straightforward issues in this *pro se* case, and HSBC's counsel will be fully prepared to address these issues via telephonic participation.
3. Telephonic appearance by counsel will not prejudice any party or interfere with the proceedings.
4. Plaintiff has consented to HSBC's attendance at the Case Management Conference by telephone.
5. The Court may reach HSBC's counsel at 310-788-4527 at the time of the Case Management Conference.

HSBC respectfully requests that its request be granted and that its counsel be allowed to participate in the January 27, 2012 case management conference by telephone.

Respectfully submitted,

Dated: January 23, 2012     **KATTEN MUCHIN ROSENMAN LLP**

By: ___/s Matthew M. Maher___
Attorneys for Defendant HSBC BANK NEVADA, N.A., erroneously named as HOUSEHOLD BANK

Dated: Jan. 24, 2012



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On January 23, 2012, I served the foregoing document(s) **DEFENDANT HSBC BANK NEVADA, N.A.'S REQUEST TO APPEAR TELEPHONICALLY** to the following parties listed below:

(X)  By Electronic Filing: I hereby certify that on January 23, 2012, I electronically transmitted the above-named document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to a aforementioned CM/ECF registrants.

(X)  By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Kamlesh Banga<br>P.O. Box 6025<br>Vallejo, CA 94591<br>*(Via U.S. Mail only)* | **Plaintiff** |
| Hunter Randolph Eley, Esq.<br>Hemmy W. So, Esq.<br>Doll Amir & Eley LLP<br>1888 Century Park East<br>Suite 1850<br>Los Angeles, CA 90067<br>Tel: (310) 557-9100<br>heley@dollamir.com<br>hso@dollamir.com | **Attorneys for Defendant Capital One** |
| Delia Alexandra Isvoranu, Esq.<br>Filice Brown Eassa & McLeod LLP<br>1999 Harrison Street, Suite 1800<br>Oakland, CA 94612-3520<br>Tel: (510) 444-3131<br>Fax: (510) 839-7940<br>DIsvoranu.service@filicebrown.com | **Attorneys for Defendant Chevron USA** |

Executed on January 23, 2012, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

　　　　　　　　　　　　　　　　　　/s/ Adelle Shafer
　　　　　　　　　　　　　　　　　　Adelle Shafer

31495196_2.DOC　　　　　　　　　　　　　　　　　　　　　PROOF OF SERVICE