**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
HEMMY SO (SBN 259374)
hso@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KAMLESH BANGA

Plaintiff,

vs.

CHEVRON USA, HOUSEHOLD BANK, CAPITAL ONE, DIRECT LENDING SOURCE, ECHOSTAR, Does 1 through 10 inclusive,

Defendants.

CASE NO.: CV 11-1498 JCS

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT CAPITAL ONE BANK (USA), N.A.'S REQUEST TO APPEAR TELEPHONICALLY**

CMC Date: January 27, 2012
Time: 1:30 p.m.

**[~~PROPOSED~~] ORDER**

Defendant Capital One Bank (USA), N.A.'s request for it, through counsel, to appear telephonically for the Case Management Conference set for Friday, January 27, 2012 at 1:30 p.m. is hereby GRANTED. Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: Jan. 25, 2012



# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

On January 25, 2012, I served the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANT CAPITAL ONE BANK (USA), N.A.'S REQUEST TO APPEAR TELEPHONICALLY** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:**Icaused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2012, at Los Angeles, California.

Diana Kang

**SERVICE LIST**

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

T: (707) 342-1692
*Plaintiff in Pro Per*

DOLL AMIR & ELEY LLP