JENNIFER J. CAPABIANCO (SBN 193371)
jcapabianco@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
DISH NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC (erroneously sued as ECHOSTAR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVRON USA, HOUSEHOLD BANK, CAPITOL ONE, DIRECT LENDING SOURCE, ECHOSTAR, Does 1 through 10, inclusive<br><br>    Defendant. | CASE NO. C-11-01498 JCS<br><br>Dept : A<br>Judge: Hon. Joseph Spero<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME<br><br>Complaint Filed :<br>Discovery cut-off:<br>Motion cut-off :<br>Trial Date : |

    IT IS HEREBY STIPULATED by and between plaintiff KAMLESH BANGA and defendants CHEVRON U.S.A. INC., HSBC BANK NEVADA, N.A.(erroneously sued herein as HOUSEHOLD BANK); CAPITAL ONE BANK (USA), N.A. (erroneously sued herein as CAPITOL ONE) and DISH NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC (erroneously sued as ECHOSTAR), through their respective attorneys of record, pursuant to Civil L.R. 6-1(b) and 6-2:

    1.    That the last day to file Motions for Summary Judgment

be changed from April 27, 2012, as Ordered by Judge Spero at the January 27, 2012 Case Management Conference [Document78], to August 27, 2012.

2. Plaintiff KAMLESH BANGA initially filed this action in San Francisco County Superior Court. Defendant CAPITAL ONE BANK (USA), N.A. removed the action to the United States District Court on or about March 29, 2011. Since that time plaintiff and defendants CHEVRON U.S.A. INC., HSBC BANK NEVADA, N.A.(erroneously sued herein as HOUSEHOLD BANK) and CAPITAL ONE BANK (USA), N.A. (erroneously sued herein as CAPITOL ONE) have exchanged Rule 26 Disclosures and other written discovery, have participated in this Court's Case Management Conferences and participated in a Mediation on December 1, 2011.

3. DISH NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC (erroneously sued as ECHOSTAR) represents that it appeared in this action by filing an Answer on February 1, 2012. At that time, defendant DISH NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC (erroneously sued as ECHOSTAR) represents that it did not have notice of the January 27, 2012 Case Management Conference or an opportunity to participate in the Joint Case Management Conference Statement or scheduling of any events in this matter to date. DISH NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC (erroneously sued as ECHOSTAR) requires the opportunity to perform its initial investigation and discovery in support of its Motion for Summary Judgment. DISH NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC (erroneously sued as ECHOSTAR) represents that it plans to file a Motion for Summary Judgment as the statute of limitations bars all of plaintiff's claims and there is no

1 evidence that it violated the consumer credit reporting acts
2 identified in plaintiff's Complaint.
3     4. There have been no previous time modifications in this
4 matter.
5     IT IS SO STIPULATED:

6
7 DATED:                         SELMAN BREITMAN LLP

By: _____
    JENNIFER J. CAPABIANCO
Attorneys for Defendant
DISH NETWORK, LLC f/k/a ECHOSTAR
SATELLITE, LLC

DATED:                         BROWN EASSA & MCLEOD, LLP

By:         /s/_____
    DELIA A. ISVORANU
Attorneys for Defendant
CHEVRON U.S.A. INC.

DATED:                         KATTEN MUCHIN ROSENMAN LLP

By: _____
    MATTHEW M. MAHER
Attorneys for Defendant
HSBC BANK NEVADA, N.A.

DATED:                         DOLL AMIR & ELEY LLP

By:         /s/_____
    HEMMY SO
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

1 | DATED:

By: *Kamlesh Banga*
KAMLESH BANGA
Plaintiff

evidence that it violated the consumer credit reporting acts identified in plaintiff's Complaint.

    4. There have been no previous time modifications in this matter.

    IT IS SO STIPULATED:

DATED:                      SELMAN BREITMAN LLP

By: _____
    JENNIFER J. CAPABIANCO
Attorneys for Defendant
DISH NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC

DATED:                      BROWN EASSA & MCLEOD, LLP

By: _____
    DELIA A. ISVORANU
Attorneys for Defendant
CHEVRON U.S.A. INC.

DATED:                      KATTEN MUCHIN ROSENMAN LLP

By: _____
    MATTHEW M. MAHER
Attorneys for Defendant
HSBC BANK NEVADA, N.A.

DATED:                      DOLL AMIR & ELEY LLP

By: _____
    HEMMY SO
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

Selman Breitman LLP
ATTORNEYS AT LAW

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/5/12

By: 
HON. J_____
UNITED STATES _____ JUDGE
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

Kamlesh Banga v. Chevron USA, et al.
United States District Court- Northern District of California Case No.: C-11-01498 JCS

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On February 28, 2012, I served the following document(s) described as STIPULATED REQUEST FOR ORDER CHANGING TIME on the interested parties in this action as follows:

**See Attached Service List**

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to for delivery to the addressee(s).

☐ **BY E-MAIL**: I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered a true and correct copy of the above referenced document(s) by hand to the offices of the addressee(s).

☒ **BY ELECTRONIC FILING.** I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States Court of Appeals for the Ninth Circuit on the following interested party(ies) in this action:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 28, 2012, at San Francisco, California.

TERRI TAYLOR

1

C-11-01498 JCS

Kamlesh Banga v. Chevron USA, et al.
United States District Court- Northern District of California Case No.: C-11-01498 JCS

## SERVICE LIST

| | |
|---|---|
| Kamlesh Banga<br>P.O. Box 6025<br>Vallejo, CA 94591<br>[VIA FIRST CLASS MAIL] | Attorneys For Plaintiff - In Pro Per<br>Telephone: 707-342-1692<br>kkbanga@gmail.com |
| Hunter Randolph Eley, Esq.<br>Hemmy W. So, Esq.<br>Doll Amir & Eley LLP<br>1888 Century Park East<br>Suite 1850<br>Los Angeles, CA 90067 | Attorneys For Defendant Capitaol One<br>Telephone: 310-557-9100<br>Fax: 310-557-9101 |
| Delia Alexandra Isvoranu, Esq.<br>Brown Eassa &McLeod LLP<br>1999 Harrison Street, Suite 1800<br>Oakland, CA 94612 | Attorneys For Defendant Chevron USA<br>Telephone: 510-444-3131<br>Fax: 510-444-3131 |
| Gregory S. Korman, Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067 | Attorneys for Defendant<br>HSBC Bank of Nevada, N.A.<br>Telephone: 310-788-4400<br>Fax: 310-788-4471 |