1  JENNIFER J. CAPABIANCO (SBN 193371)
   jcapabianco@selmanbreitman.com
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone:  (415) 979-0400
4  Facsimile:  (415) 979-2099

5  Attorneys for Defendant
   DISH NETWORK, LLC f/k/a ECHOSTAR
6  SATELLITE, LLC (erroneously sued
   as ECHOSTAR)
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  KAMLESH BANGA,                    | CASE NO.  C-11-01498 JCS

13           Plaintiff,               | Dept : A
                                      | Judge : Hon. Joseph Spero
14       v.
                                      | STIPULATED REQUEST FOR ORDER
15  CHEVRON USA, HOUSEHOLD BANK,      | CHANGING TIME
    CAPITOL ONE, DIRECT LENDING
16  SOURCE, ECHOSTAR, Does 1 through  | Complaint Filed   :
    10, inclusive                     | Discovery cut-off :
17                                    | Motion cut-off    :
           Defendant.                 | Trial Date        :
18

19

20

21      IT IS HEREBY STIPULATED by and between plaintiff KAMLESH

22  BANGA and defendants CHEVRON U.S.A. INC., HSBC BANK NEVADA,

23  N.A.(erroneously sued herein as HOUSEHOLD BANK); CAPITAL ONE BANK

24  (USA), N.A. (erroneously sued herein as CAPITOL ONE) and DISH

25  NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC (erroneously sued as

26  ECHOSTAR), through their respective attorneys of record, pursuant

27  to Civil L.R. 6-1(b) and 6-2:

28      1.   That the last day to file Motions for Summary Judgment

                               1

1   be changed from April 27, 2012, as Ordered by Judge Spero at the

2   January 27, 2012 Case Management Conference [Document78], to

3   August 27, 2012.

4       2.    Plaintiff KAMLESH BANGA initially filed this action in

5   San Francisco County Superior Court.  Defendant CAPITAL ONE BANK

6   (USA), N.A. removed the action to the United States District

7   Court on or about March 29, 2011.  Since that time plaintiff and

8   defendants CHEVRON U.S.A. INC., HSBC BANK NEVADA,

9   N.A.(erroneously sued herein as HOUSEHOLD BANK) and CAPITAL ONE

10  BANK (USA), N.A. (erroneously sued herein as CAPITOL ONE) have

11  exchanged Rule 26 Disclosures and other written discovery, have

12  participated in this Court's Case Management Conferences and

13  participated in a Mediation on December 1, 2011.

14      3.    DISH NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC

15  (erroneously sued as ECHOSTAR) represents that it appeared in

16  this action by filing an Answer on February 1, 2012.  At that

17  time, defendant DISH NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC

18  (erroneously sued as ECHOSTAR) represents that it did not have

19  notice of the January 27, 2012 Case Management Conference or an

20  opportunity to participate in the Joint Case Management

21  Conference Statement or scheduling of any events in this matter

22  to date.  DISH NETWORK, LLC f/k/a ECHOSTAR SATELLITE, LLC

23  (erroneously sued as ECHOSTAR) requires the opportunity to

24  perform its initial investigation and discovery in support of its

25  Motion for Summary Judgment.  DISH NETWORK, LLC f/k/a ECHOSTAR

26  SATELLITE, LLC (erroneously sued as ECHOSTAR) represents that it

27  plans to file a Motion for Summary Judgment as the statute of

28  limitations bars all of plaintiff's claims and there is no

Selman Breitman LLP
ATTORNEYS AT LAW

2

C-11-01498 JCS

1  evidence that it violated the consumer credit reporting acts

2  identified in plaintiff's Complaint.

3      4.   There have been no previous time modifications in this

4  matter.

5      IT IS SO STIPULATED:

6

7  DATED:                          SELMAN BREITMAN LLP

8

9  By:  _____
                  JENNIFER J. CAPABIANCO

10                 Attorneys for Defendant
                   DISH NETWORK, LLC f/k/a ECHOSTAR
11                 SATELLITE, LLC

12 DATED:                          BROWN EASSA & MCLEOD, LLP

13

14 By:      /s/     _____
                   DELIA A. ISVORANU
15                 Attorneys for Defendant
                   CHEVRON U.S.A. INC.
16

17 DATED:                          KATTEN MUCHIN ROSENMAN LLP

18

19 By: _____
                   MATTHEW M. MAHER
20                 Attorneys for Defendant
                   HSBC BANK NEVADA, N.A.
21

22 DATED:                          DOLL AMIR & ELEY LLP

23

24 By:      /s/     _____
                   HEMMY SO
25                 Attorneys for Defendant
                   CAPITAL ONE BANK (USA), N.A.
26

27

28

3

244103.1  949.32252

DATED:

By: _KAMLESH BANGA_
KAMLESH BANGA
Plaintiff

Selman Breitman LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

C-11-01498 JCS

1    evidence that it violated the consumer credit reporting acts

2    identified in plaintiff's Complaint.

3        4.    There have been no previous time modifications in this

4    matter.

5        IT IS SO STIPULATED:

6

7    DATED:                    SELMAN BREITMAN LLP

8

9                             By: _____
                                      JENNIFER J. CAPABIANCO
10                                Attorneys for Defendant
                                 DISH NETWORK, LLC f/k/a ECHOSTAR
                                 SATELLITE, LLC
11

12   DATED:                    BROWN EASSA & MCLEOD, LLP

13

14                             By: _____
                                      DELIA A. ISVORANU
15                                Attorneys for Defendant
                                 CHEVRON U.S.A. INC.
16

17   DATED:                    KATTEN MUCHIN ROSENMAN LLP

18

19                             By: _____
                                      MATTHEW M. MAHER
20                                Attorneys for Defendant
                                 HSBC BANK NEVADA, N.A.
21

22   DATED:                    DOLL AMIR & ELEY LLP

23

24                             By: _____
                                      HEMMY SO
25                                Attorneys for Defendant
                                 CAPITAL ONE BANK (USA), N.A.
26

27

28

                                      3

Selman Breitman LLP
ATTORNEYS AT LAW

C-11-01498 JCS

1          ORDER

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED:   3/5/12

5
                                    By: _____
6                                        HON.   J
                                         UNITED              JUDGE
7                                        NORTH              FORNIA

8



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    5

Selman Breitman LLP
ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**

Kamlesh Banga v. Chevron USA, et al.

United States District Court- Northern District of California Case No.: C-11-01498 JCS

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On February 28, 2012, I served the following document(s) described as STIPULATED REQUEST FOR ORDER CHANGING TIME on the interested parties in this action as follows:

**See Attached Service List**

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to  for delivery to the addressee(s).

☐ **BY E-MAIL**: I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered a true and correct copy of the above referenced document(s) by hand to the offices of the addressee(s).

☒ **BY ELECTRONIC FILING.** I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States Court of Appeals for the Ninth Circuit on the following interested party(ies) in this action:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 28, 2012, at San Francisco, California.

TERRI TAYLOR

Kamlesh Banga v. Chevron USA, et al.
United States District Court- Northern District of California Case No.: C-11-01498 JCS

## SERVICE LIST

| | |
|---|---|
| Kamlesh Banga<br>P.O. Box 6025<br>Vallejo, CA 94591<br>[VIA FIRST CLASS MAIL] | Attorneys For Plaintiff - In Pro Per<br>Telephone: 707-342-1692<br>kkbanga@gmail.com |
| Hunter Randolph Eley, Esq.<br>Hemmy W. So, Esq.<br>Doll Amir & Eley LLP<br>1888 Century Park East<br>Suite 1850<br>Los Angeles, CA 90067 | Attorneys For Defendant Capitaol One<br>Telephone: 310-557-9100<br>Fax: 310-557-9101 |
| Delia Alexandra Isvoranu, Esq.<br>Brown Eassa &McLeod LLP<br>1999 Harrison Street, Suite 1800<br>Oakland, CA 94612 | Attorneys For Defendant Chevron USA<br>Telephone: 510-444-3131<br>Fax: 510-444-3131 |
| Gregory S. Korman, Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067 | Attorneys for Defendant<br>HSBC Bank of Nevada, N.A.<br>Telephone: 310-788-4400<br>Fax: 310-788-4471 |

Selman Breitman LLP
ATTORNEYS AT LAW

241705.1  949.32252

C-11-01498 JCS