

July 26, 2012

**VIA CM/ECF**

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: *Kamlesh Banga vs. Chevron USA, et al.*
        Case No.: CV 11-1498 JCS

Your Honor:

    This office represents Defendant Capital One Bank (USA), N.A. ("Capital One") in the case captioned above. Capital One hereby requests to appear telephonically at the hearing on Plaintiff's Motion for Protective Order scheduled before this Court on August 3, 2012 at 9:30 a.m., on the following grounds:

1. Capital One's counsel's office is located in Los Angeles, California;
2. Capital One's counsel will be fully prepared to address the issues on Plaintiff's motion via telephonic participation; and
3. Telephonic appearance by counsel will not prejudice any party or interfere with the proceedings.

    The Court may reach Capital One's counsel at (310) 557-9126 on the day of the hearing. Capital One respectfully requests that its request be granted and its counsel participate in the August 3, 2012 hearing on Plaintiff's Motion for Protective Order by telephone.

IT IS HEREBY ORDERED THAT
Ms. Borlund shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated: 7/30/12

Sincerely,

Amy Borlund

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

Doll Amir & Eley LLP   1888 Century Park East, Suite 1850, Los Angeles, CA 90067
Phone 310.557.9100   Facsimile 310.557.9101   www.dollamir.com