DELIA A. ISVORANU, Bar No. 226750
DIsvoranu@browneassa.com
**BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, Suite 1800
Oakland, California 94612-3520
Telephone: 510.444.3131
Facsimile: 510.839.7940

Attorneys for Defendant
CHEVRON U.S.A. INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORIA**

KAMLESH BANGA,

Plaintiff,

v.

CHEVRON USA, HOUSEHOLD BANK, CAPITOL ONE, DIRECT LENDING SOURCE, ECHOSTAR, Does 1 through 10 inclusive,

Defendants.

Case No. CV 11-1498 JCS

**DEFENDANT CHEVRON U.S.A. INC.'S REQUEST TO APPEAR TELEPHONICALLY AT THE AUGUST 3, 2012 HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Date: August 3, 2012
Time: 9:30 a.m.
Place: Courtroom G

Defendant Chevron U.S.A. Inc. (hereinafter referred to as "Chevron"), pursuant to Northern District Local Rule 16-10(a), hereby requests to appear telephonically at the hearing of Plaintiff's Motion for Protective Order scheduled before this court on August 3, 2012, at 9:30 a.m., on the following grounds:

1. Counsel for Chevron has a previously scheduled Final Pretrial Conference in the Eastern District Court in Sacramento on August 3, 2012, at 11:00 a.m. and, pursuant to that Court's Rules, must appear in person.

2. Telephonic appearance by counsel will not prejudice any party or interfere with the proceedings.

3. Plaintiff and Co-Defendants have posed no objection to Chevron's attendance at

the Case Management Conference by telephone and all parties have previously appeared telephonically.

4. The Court may reach Chevron's counsel at (510) 504-8299 at the time of the hearing.

Chevron respectfully requests that its request be granted and that its counsel be allowed to participate in the August 3, 2012 hearing on Plaintiff's Motion for Protective Order by telephone.

                                               Respectfully submitted,

Dated: July 27, 2012           **BROWN EASSA & MCLEOD LLP**

                                               By: /s/ Delia Isvoranu
                                                  DELIA A. ISVORANU
                                                  Attorneys for Defendant
                                                  CHEVRON U.S.A. INC.

IT IS HEREBY ORDERED that counsel shall be on telephone standby on August 3, 2012, at 9:30 a.m. and await the court's call.

Dated: July 30, 2012.

                                               JOSEPH C. SPERO
                                               United States Magistrate Judge

DEFENDANT CHEVRON U.S.A. INC.'S REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
Case No. CV 11-1498 JCS



Case 3:11-cv-01498-JCS  Document 106  Filed 07/30/12  Page 3 of 4

**PROOF OF SERVICE**
*Kamlesh Banga v. Chevron U.S.A. Inc., et al.*
United States District Court, Northern District of California
Case No. CV 11-1498 JCS

I, the undersigned, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1999 Harrison Street, Suite 1800, Oakland, California 94612-3520.

On the date noted below, I served a copy of the within document(s):

- **DEFENDANT CHEVRON U.S.A. INC.'S REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Oakland, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Golden State Overnight for delivery.

☐ by personally delivering the document(s) listed above to the person(s) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below in the regular course of business. The documents were served electronically and the transmission was reported as complete and without error.

| | |
|---|---|
| **Via Email and U.S. Mail**<br>Kamlesh Banga<br>P.O. Box 6025<br>Vallejo, CA  94591<br>T:  707-342-1692 | Plaintiff in Pro Per |
| **Via Electronic Filing Using the CM/ECF Filing System**<br>Hunter R. Eley, Esq.<br>Doll Amir & Eley LLP<br>1888 Century Park East, Suite 1850<br>Los Angeles, CA  90067<br>T:  310-557-9100<br>F:  310-557-9101 | Attorneys for Defendant<br>Capital One Bank (USA), N.A. |



- 3 -

DEFENDANT CHEVRON U.S.A. INC.'S REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
Case No. CV 11-1498 JCS

Case3:11-cv-01498-JCS Document108 Filed07/30/12 Page4 of 4

**Via Electronic Filing Using the CM/ECF Filing System**
Gregory S. Korman, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles , CA 90067
T: 310-788-4400
F: 310-788-4471

Attorneys for Defendant
HSBC Bank Nevada, N.A.

**Via Electronic Filing Using the CM/ECF Filing System**
Jennifer J. Capabianco, Esq.
Selman Breitman LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
T: 415-979-0400
F: 415-979-2099
jcapabianco@selmanbreitman.com

Attorneys for Defendant
Dish Network L.L.C. f/k/a
Echostar Satellite L.L.C.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 20, 2012, at Oakland, California.

/s/
Delia Isvoranu

BROWN
EASSA

1999 Harrison Street, Suite 1800
Oakland, California

- 4 -

DEFENDANT CHEVRON U.S.A. INC.'S REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
Case No. CV 11-1498 JCS